# EXHIBIT A

Handed to me 3:03PM
11/4/21
**AR**



RECEIVED
NOV 17 2021
G.L. CLAIMS DEPT.

# DONALD WERNER
### ATTORNEY AT LAW
744 BROAD STREET, SUITE 522
NEWARK, NEW JERSEY 07102
(973) 623-0053
FAX (973) 623-1765

November 3, 2021

**Guaranteed Subpoena**
*Via Fax: (908) 688-0885*
*Number of Pages Including this Cover: 7*

Re:   *Adriana Oliveira vs. Costco Wholesale Warehouse, et al*
      *D/a: 1/11/2020*
      *Docket No.: HUD-L-4277-21*

Dear Sir/Madam,

Enclosed please find the following with reference to the above matter:

- One Summons
- One Complaint

Kindly serve the defendant as soon as possible and provide my office with the proof of service. Also, please provide my office with your bill for services rendered.

Your anticipated cooperation is greatly appreciated.

Very truly yours,

DONALD WERNER

DW: kd

Donald Werner, Esquire
Attorney ID No.: 199521961
744 Broad Street, Suite 522, Newark, NJ 07102
Telephone No: (973) 623-0053
Fax No: (973) 623-1765

Attorney for Plaintiff

| | |
|---|---|
| Adriana Oliveira,<br><br>                           Plaintiff,<br>vs.<br><br>Costco Wholesale Warehouse, Jane Doe Driver, John Doe, 1-5, Names Being Fictitious and Unknown, and ABC Corporation, 1-5, Names Being Fictitious and Unknown,<br><br>                           Defendant(s) | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: HUDSON<br><br>DOCKET NO.: HUD-L-004277-21<br><br>CIVIL ACTION<br><br><br>SUMMONS |

From the State of New Jersey
To the Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basics for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Clerk of the Superior Court, and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated:  November 3, 2021

                                                       /S/ Michelle Smith
                                                       Michelle M. Smith, Superior Court Clerk

Name of Defendant to Be Served:  **Costco Wholesale Warehouse**

Address of Defendant to Be Served:  **21 Goldsborough Drive, Bayonne, New Jersey 07002**

**DONALD WERNER, ESQUIRE**
Attorney ID No.: 199521961
744 Broad Street, Suite 522
Newark, New Jersey 07102
(973) 623-0053, Fax: (973) 623-1765

*Attorney for Plaintiff(s)*

| | |
|---|---|
| **ADRIANA OLIVEIRA,** *Plaintiff* Vs. **COSTCO WHOLESALE WAREHOUSE, JANE DOE DRIVER, JOHN DOE, 1-5, Names Being Fictitious and Unknown, and ABC CORPORATION, 1-5, Names Being Fictitious and Unknown,** *Defendant(s)* | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: HUDSON COUNTY Docket No. CIVIL ACTION **COMPLAINT, JURY DEMAND AND CERTIFICATION** |

Plaintiff, Adriana Oliveira, residing at 727 Pennsylvania Avenue, Elizabeth, New Jersey, complaining of the Defendants, states:

1. On or about **JANUARY 11, 2020** Plaintiff, **ADRIANA OLIVEIRA**, was a lawful invitee of the Defendant, **COSTCO WHOLESALE WAREHOUSE**, located at 21 Goldsborough Drive in Bayonne, New Jersey.

2. At said time and place the Defendant, **JANE DOE DRIVER,** was the operator of a motorized shopping cart, which was owned, maintained and kept by the Defendant, **COSTCO WHOLESALE WAREHOUSE.**

3. The Defendant, **JANE DOE DRIVER** controlled, maintained and/or operated her motorized shopping cart in a careless, negligent and reckless manner and caused said motorized shopping cart to strike Plaintiff and Plaintiff, **ADRIANA OLIVEIRA,** was severely injured.

4. The Defendant, **COSTCO WHOLESALE WAREHOUSE,** failed to provide supervision, training, etc. to its patrons, and further allowed any individual to freely operate a motorized shopping cart with no guidance.

5. The Defendant, **COSTCO WHOLESALE WAREHOUSE**, failed in its obligation to provide its customers with a safe and hazard free place to shop.

6. At said time and place the Defendants, **JOHN DOE, 1-5 Names being Fictitious and Unknown,** and **ABC CORPORATION, 1-5 Names being Fictitious and Unknown,** were other owners, operators, employers, employees, lessors, lessees or other persons who would benefit by the operation of the vehicle or other persons or entities who caused or contributed to the accident in some way as yet unknown.

7. As a direct and proximate result of the aforesaid carelessness, negligence and recklessness of the Defendants, Plaintiff, **ADRIANA OLIVEIRA,** was violently tossed about, sustained injuries causing permanent disability, permanent significant disfigurement, permanent loss of bodily function, lost time from work and suffered an impairment in earning capacity, has incurred or in the future will incur expenses for the treatment of said injuries in excess of the applicable threshold, has been disabled and will in the future be disabled and not able to perform her usual functions, has been caused and in the future will be caused great pain and suffering, has been deprived and in the future will be deprived of her right to the enjoyment of life.

WHEREFORE, Plaintiff, **ADRIANA OLIVEIRA**, demands Judgement against the Defendant together with interest and costs of suit.

### DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a Trial by jury as to all issues involved herein.

### DEMAND FOR INSURANCE COVERAGE

In accordance with Rule 4:10-2, Defendants are demanded to provide a complete copy of their applicable liability insurance policies including any excess or umbrella policies with declaration sheets within thirty (30) days of service of this complaint.

## DEMAND FOR INTERROGATORIES

Plaintiff demands that Defendants answer Form C and C1 Interrogatories.

## CERTIFICATION

I hereby certify that this matter is not the subject of any other action pending in any Court or pending Arbitration proceeding, nor is any other action or Arbitration proceeding contemplated. All parties known to Plaintiff at this time, who should have been joined in this action, have been joined.

DATED: November 3, 2021

_____
DONALD WERNER, ESQUIRE

# Civil Case Information Statement
## (CIS)
Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed**

| For Use by Clerk's Office Only | |
|---|---|
| Payment type: ☐ ck ☐ cg ☐ ca | |
| Chg/Ck Number: | |
| Amount: | |
| Overpayment: | |
| Batch Number: | |

| Attorney/Pro Se Name | Telephone Number | County of Venue |
|---|---|---|
| Donald Werner, Esquire | (973) 623-0053 | Hudson |

| Firm Name (if applicable) | Docket Number (when available) |
|---|---|
| Law Office of Donald Werner | |

| Office Address | Document Type |
|---|---|
| 744 Broad Street, Suite 522 | Complaint |
| Newark, New Jersey 07102 | Jury Demand  ■ Yes  ☐ No |

| Name of Party (e.g., John Doe, Plaintiff) | Caption |
|---|---|
| Adriana Oliveira, Plaintiff | Adriana Oliveira vs. Costco Wholesale Warehouse, Jane Doe Driver, John Doe, 1-5, Names Being Fictitious and Unknown, and ABC Corporation, 1-5, Names Being Fictitious and Unknown |

| Case Type Number (See reverse side for listing) | Are sexual abuse claims alleged? | Is this a professional malpractice case? ☐ Yes ■ No |
|---|---|---|
| 605 | ☐ Yes ■ No | If you have checked "Yes," see *N.J.S.A.* 2A:53A-27 and applicable case law regarding your obligation to file an affidavit of merit. |

| Related Cases Pending? ☐ Yes ■ No | If "Yes," list docket numbers |
|---|---|

| Do you anticipate adding any parties (arising out of same transaction or occurrence)? ☐ Yes ■ No | Name of defendant's primary insurance company (if known) Gallagher Bassett Services, Inc. | ☐ None ☐ Unknown |
|---|---|---|

**The Information Provided on This Form Cannot be Introduced into Evidence.**

Case Characteristics for Purposes of Determining if Case is Appropriate for Mediation

| Do parties have a current, past or recurrent relationship? ☐ Yes ■ No | If "Yes," is that relationship: ☐ Employer/Employee ☐ Familial | ☐ Friend/Neighbor ☐ Business | ☐ Other (explain) |
|---|---|---|---|

| Does the statute governing this case provide for payment of fees by the losing party? | ☐ Yes ■ No |
|---|---|

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition

| Do you or your client need any disability accommodations? ☐ Yes ■ No | If yes, please identify the requested accommodation: |
|---|---|
| Will an interpreter be needed? ■ Yes ☐ No | If yes, for what language? PORTUGUESE |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

Attorney Signature: *[signature]*



**Side 2**

# Civil Case Information Statement
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days discovery

| | | | |
|---|---|---|---|
| 151 | Name Change | 506 | PIP Coverage |
| 175 | Forfeiture | 510 | UM or UIM Claim (coverage issues only) |
| 302 | Tenancy | 511 | Action on Negotiable Instrument |
| 399 | Real Property (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction) | 512 | Lemon Law |
| | | 801 | Summary Action |
| 502 | Book Account (debt collection matters only) | 802 | Open Public Records Act (summary action) |
| 505 | Other Insurance Claim (including declaratory judgment actions) | 999 | Other (briefly describe nature of action) |

### Track II - 300 days discovery

| | | | |
|---|---|---|---|
| 305 | Construction | 603Y | Auto Negligence – Personal Injury (verbal threshold) |
| 509 | Employment (other than Conscientious Employees Protection Act (CEPA) or Law Against Discrimination (LAD)) | 605 | Personal Injury |
| | | 610 | Auto Negligence – Property Damage |
| 599 | Contract/Commercial Transaction | 621 | UM or UIM Claim (includes bodily injury) |
| 603N | Auto Negligence – Personal Injury (non-verbal threshold) | 699 | Tort – Other |

### Track III - 450 days discovery

| | | | |
|---|---|---|---|
| 005 | Civil Rights | 608 | Toxic Tort |
| 301 | Condemnation | 609 | Defamation |
| 602 | Assault and Battery | 616 | Whistleblower / Conscientious Employee Protection Act (CEPA) Cases |
| 604 | Medical Malpractice | | |
| 606 | Product Liability | 617 | Inverse Condemnation |
| 607 | Professional Malpractice | 618 | Law Against Discrimination (LAD) Cases |

### Track IV - Active Case Management by Individual Judge / 450 days discovery

| | | | |
|---|---|---|---|
| 156 | Environmental/Environmental Coverage Litigation | 514 | Insurance Fraud |
| 303 | Mt. Laurel | 620 | False Claims Act |
| 508 | Complex Commercial | 701 | Actions in Lieu of Prerogative Writs |
| 513 | Complex Construction | | |

### Multicounty Litigation (Track IV)

| | | | |
|---|---|---|---|
| 271 | Accutane/Isotretinoin | 297 | Mirena Contraceptive Device |
| 274 | Risperdal/Seroquel/Zyprexa | 299 | Olmesartan Medoxomil Medications/Benicar |
| 281 | Bristol-Myers Squibb Environmental | 300 | Talc-Based Body Powders |
| 282 | Fosamax | 601 | Asbestos |
| 285 | Stryker Trident Hip Implants | 623 | Propecia |
| 286 | Levaquin | 624 | Stryker LFIT CoCr V40 Femoral Heads |
| 289 | Reglan | 625 | Firefighter Hearing Loss Litigation |
| 291 | Pelvic Mesh/Gynecare | 626 | Abilify |
| 292 | Pelvic Mesh/Bard | 627 | Physiomesh Flexible Composite Mesh |
| 293 | DePuy ASR Hip Implant Litigation | 628 | Taxotere/Docetaxel |
| 295 | AlloDerm Regenerative Tissue Matrix | 629 | Zostavax |
| 296 | Stryker Rejuvenate/ABG II Modular Hip Stem Components | 630 | Proceed Mesh/Patch |
| | | 631 | Proton-Pump Inhibitors |
| | | 632 | HealthPlus Surgery Center |

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

**Please check off each applicable category** ☐ **Putative Class Action** ☐ **Title 59** ☐ **Consumer Fraud**

# Civil Case Information Statement

## Case Details: HUDSON | Civil Part Docket# L-004277-21

**Case Caption:** OLIVEIRA ADRIANA VS COSTCO WHOLESALE WAR EHOUSE
**Case Initiation Date:** 11/03/2021
**Attorney Name:** DONALD E WERNER
**Firm Name:** DONALD WERNER
**Address:** 744 BROAD ST STE 522
NEWARK NJ 07102
**Phone:** 9736230053
**Name of Party:** PLAINTIFF : Oliveira, Adriana
**Name of Defendant's Primary Insurance Company (if known):** GALLAGHER BASSETT

**Case Type:** PERSONAL INJURY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 12 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: Adriana Oliveira?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**


**Do you or your client need any disability accommodations?** NO
    **If yes, please identify the requested accommodation:**


**Will an interpreter be needed?** YES
    **If yes, for what language:**
    PORTUGUESE

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

11/03/2021
Dated

/s/ DONALD E WERNER
Signed

# EXHIBIT B

DocuSign Envelope ID: 9BD09F09-A818-4FF3-89E3-285A8CE9D0E7

ADRIANA OLIVEIRA

Plaintiff

vs

COSTCO WHOLESALE WAREHOUSE, ET AL

Defendant

**20211103164123**

Superior Court Of New Jersey

HUDSON Venue

Docket Number: HUD L 4277 21

**Person to be served** (Name and Address):
COSTCO WHOLESALE WAREHOUSE
21 GOLDSBOROUGH DRIVE
BAYONNE NJ 07002
By serving: COSTCO WHOLESALE WAREHOUSE

**Attorney:** DONALD WERNER, ESQ.

**Papers Served:** SUMMONS, COMPLAINT, DEMANDS AND CERTIFICATION, CIS

**Service Data:**   [X] Served Successfully    [ ] Not Served

Date/Time:   11/4/2021 3:04 PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____

Name of Person Served and relationship/title:

MS CORES

CUSTODIAN OF RECORDS

**Description of Person Accepting Service:**

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BLONDE   OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:   Date/Time: _____
                     Date/Time: _____
                     Date/Time: _____

**Attempts**
11/4/2021 2:54:28 PM

Other:

**To Be Used Where Electronic Signature Not Available**
**Served Data:**
Subscribed and Sworn to me this

_____ day of _____, 20 _____

Notary Signature: _____

_____         _____
Name of Notary   Commission Expiration

**Docusign Court Approved E-Signature**

I, VICTOR RODRIGUEZ, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.
*VICTOR RODRIGUEZ*

Signature of Process Server                   11/04/2021
                                              Date

Name of Private Server: VICTOR RODRIGUEZ   Address: 2009 Morris Avenue UNION, NJ 07083   Phone: (800) 672-1952